IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DE'ANGELO MANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv105-MHT |
| | ) | (WO) |
| KAY IVEY, Governor, State | ) | |
| of Alabama, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's "objection by writ of mandamus" (doc. no. 30), it is ORDERED that the objection is overruled. The court finds that the United States Magistrate Judge is not biased.

DONE, this 28th day of June, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**