In the United States District Court
for the Middle District of Alabama
Northern Division

De'Angelo Manuel #266919
Plaintiff

v.

Kay Ivey et al
Defendants

Civil Action No. 2:19-CV-105-MHT

motion for compel discovery

I'm asking this honorable court to proceed with this interrogatory

1.) Miss Lynn head why would you wait until 10 days after the governor's moratorium to put violent offenders already granted parole on hold.

2.) Miss Lynn head when did Jimmy Spencer become relevant in your granting or denying parole

1) Governor Kay Ivey you issued your moratorium against violent offenders for what reason

2) Governor Kay Ivey by 15-22-39 and 15-22-40 in the code of Alabama it states if the parole board members violate any provision within the statute the governor & the board they will be in mandatory language be prosecuted

what provision did they violate that warranted your moratorium and why weren't they held responsible pursant to 15-22-37 15-22-41 of the Alabama Code which governors the parole board

Certificate of Service

I hereby certify that I mailed the foregoing to
Greg Locklier
Assistant Attorney General
Alabama Bureau of Pardons an Parole
100 capitol Commerce Blvd Suit 310
Montgomery Al 36117

Done this 17th may 2021

Debra Marvel
DeAngelo Marvel

De'Angelo Manuel # 266411
Fountain Correctional Facility
Fountain 3800
M-Dorm Bed 7B
Atmore Al 36503



MOBILE AL 366
19 MAY 2021 PM 2   L

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

Office of the Clerk
United States District Court
Middle district of Alabama
1 church Street, Suite B-110
Montgomery Al 36109-4018