IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 2:19-cv-105-MHT-JTA |
| ) | |
| KAY IVEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon review of the motion to compel discovery filed by Plaintiff on May 21, 2021 (Doc. 75), it is

ORDERED as follows:

1. This motion is GRANTED to the extent addressed in this order.

2. On or before **June 18, 2021**, (1) Defendant Head shall object or otherwise respond to the interrogatories propounded to her, and (2) Defendant Ivey shall address the basis for her issuance of the moratorium on parole challenged by Plaintiff in this case. Defendants' responses must be made in accordance with the Federal Rules of Civil Procedure. If Defendants submit an objection to an interrogatory, they should state specific reasons for their objection.

DONE this 24th day of May, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE