IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-cv-105-MHT-JTA |
| | ) |
| KAY IVEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon review of the motion to stay order on motion to compel filed by Defendants Ivey and Head on May 27, 2021 (Doc. 77), and as the complaint when liberally construed by the court seeks injunctive relief in the form of a fair consideration for parole, it is

ORDERED that the motion is DENIED.

DONE this 28th day of May, 2021.

_____
JERUSHA T DAMS
UNITED STATES MAGISTRATE JUDGE