IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-cv-105-MHT-JTA |
| | ) |
| KAY IVEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the motion for leave to file a motion to dismiss filed by Defendants Ivey and Head on May 27, 2021 (Doc. 78), and as such action is not warranted at this time, it is

ORDERED that this motion is DENIED. Defendants Ivey and Head are advised that the court may at the appropriate time reconsider this motion and consider their response(s) to contain such a motion.

DONE this 28th day of May, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE