IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DE'ANGELO MANUEL, #266919,       )
                                      )
        Plaintiff,            )
                                      )
   v.                            ) CIVIL ACTION NO. 2:19-cv-105-MHT-JTA
                                      )
KAY IVEY, *et al.*,             )
                                      )
        Defendants.     )

## ORDER ON MOTION

On June 2, 2021, Defendants Ivey and Head filed a motion to reconsider (Doc. 83) wherein they seek reconsideration of the order denying their motion to stay discovery (Doc. No. 80).  When liberally construed, Plaintiff seeks declaratory and injunctive relief in the instant action in the form of his consideration for parole absent the Executive Order entered by Defendant Ivey placing a moratorium on early parole hearings, which Plaintiff alleges resulted in the decision to deny him release on parole in January, 2019.  Such relief is permitted by *Wilkinson v. Dotson*, 544 U.S. 74 (2005).  Accordingly, it is

ORDERED that the motion to reconsider is DENIED.

DONE this 2nd day of June, 2021.

*Jerusha J. Adams*
_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE