In the District Court of the United States
for the Middle District of Alabama
Northern RECEIVED

DeAngelo Manuel
#266919
　　plaintiff

2021 JUN 21 A 11:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:19-cv-105-MHT

v.

Kay Ivey et al
　　defendants

## Motion to corroborate with factual evidence

I ask this honorable court to please consider and weigh all exhibits please

### Kay Ivey as Respondeat Superior

When governor Kay Ivey issued her moratorium she instantly became the Superior officer over the parole board as seen (1) with her moratorium compelling the board members to act or respond in any manner and (2) with the considerations and granting of parole in a downward spiral since her moratorium with the only aim of keeping us in prison, even people like myself that was already granted parole.

　　please take note that its public record that GEO and Corecivic endorsed her gubernatorial campaign the same Geo and Corecivic she was urging to proceed to have them build private prisons that would be leased to alabama which was strongly opposed by other political leaders and the DOJ

to impose supervisory liability under 42 USCS 198 plaintiff must demonstrates that officials has actual or notice of unconstitutional practice and demonstrates gross negligence or deliberate indifference by failing to act Necis v. Vivoni, 244. Supp. 2d 146 governor Kay Ivey had an ample amount of opportunity to tell her parole board they can use Jimmy Spencer against us and her moratorium was not to effect any body out side of its 75 day affect

to tie any individual to conspiracy more than a vague conclusory allegation charging that individual with participation in the conspiracy are necessary, under conspiracy theory participation need not extend to act leading to deprivation of rights which at least extend to conspiracy itself conspiracy can cause deprivation of right by a policy or custom and demostrate causal connection between conspiracy and deprivation of constitutional right Singer v. Wadman, 595 F. supp 188 she's well aware her moratorium had an adversive effect beyond the scope of her 75 day period defendants who engage in private conduct may be found liable if it is established that they have acted in concert with another party against whom valid claimed can be stated Briley v. California, 564 F. 2d 849 through Lynn Head the governor had my parole rescinded and through the new members she appointed she's been keeping us in prison by her posited of members that will carry out

her will

this is the biggest conspiracy since the peonage system that Resubjugated blacks back into slavery using trumped up judicial proceeding after the abolishion of slavery until 1945 with alabama being the leading state in the Neo Slaver peonage system

in a meeting comprised of Republicans with governor Ivey being chief officer of the state and a Republican the statement was made keep them in prison for as long as their sentence will allow as seen in exibits 1A with a statement like that why does alabama have a parole board like I told this honorable court people are being denied parole before their even considered in violation of our 14th amendment 10th, 9th and 8th amendmet, and Substantive Due process even people like me that was already paroled

please keep note I'm suing all in their official and individual capicity and I ask to be awarded every relief warranted in addition to 5,000,000 in damages this court see's the deliberate indifference amid all the violence going on in these overcrowded inhumane prisons and the hopelessness created by a governor and parole board thats holding us accountable for jimmy spencer's action's

I ask governor Kay Ivey in my compel discovery in regards to jimmy spencer if the board was in violation why weren't the held responsible under Title 15 section 15-22-39 and section 15-22-40 of the Code of Alabama that can be circumvented the reason Title 15 and the section there of wasn't enforce because the board did'nt do anything wrong and under the stringent condition of Title 15 section 15-22-39 and 15-22-40 the board would have fought her moratorium tooth and nail in regard to jimmy Spencer release on parole and she knew the board did'nt do anything wrong by releasing jimmy Spencer  Spencer did 29 years on life with the possibility of parole but the board did go along with her political motive which she called a moratorium with no harm to anybody but the inmates locked up in alabama

Administrative Procedure act: a court must hold unlawful and set aside agency action finding conclusions found to be Arbitrary and capricious and an abuse of discretion or otherwise not in accordance with law 5 U.S.C.S § 706 an agency action is arbitrary and capricious where (1) the agency relied on factors which Congress or legislation has not intended for it to consider I'm not Jimmy Spencer and my parole was granted before the governor's moratorium

Abuse of process perversion of lawfully initiated process to illegitimate ends they thought they would be able to mask their unlawfully conduct and political ruse with talks of public protection and inmates not having a liberty interest with the parole board being so pliable under the hand of governor Kay Ivey and her kronies direction you can see the underlying conspiracy

I'm being held only because of Jimmy Spencer and a governor thats using her executive position to enforce her political motive and thats easy to do against sub class or minority groups such as inmates

I'm sure this honorable court can see whats going on by the record and on its face

Certificate of Service

I hereby certify that I mailed a copy of the foregoing to

Greg Lockler
Assistant Attorney General
Alabama Bureau of Pardons and Paroles
100 Capitol Commerce Blvd, Suite 310
Montgomery, AL 36117

Done this 18th of June

DeAngelo Manuel

DeAngelo Manuel # 266919
Fountain Correctional Facility
Fountain 3800
Atmore Al 36503-3800



This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of ... is not responsible for the substance or content of the enclosed communication

Office of the Clerk
United States District Court
Middle district of Alabama
1 Church Street, Suite B-110
Montgomery Al 36104-4018