IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:19-cv-105-MHT-JTA |
| | ) |
| KAY IVEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon review of the "motion to corroborate with factual evidence" filed by Plaintiff on June 21, 2021 (Doc. 87), which the court construes as a motion to supplement Plaintiff's responses in opposition to Defendants' special reports, it is

ORDERED that the motion to supplement is GRANTED.

DONE this 22nd day of June, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE