In the District Court of the United States
For the Middle district of Alabama
Northern Division

Deangelo Manuel 266918
Plaintiff

v

Kay Ivey, et al

Civil Action No. 2:19-cv-105-MHT-JT

## Motion to Supplement

These are statements from Chris England a leader of the Democratic Party in Alabama. he has now been harsh criticism for Jeff Dunn and Alabama prisons being dangerous deadly and Overcrowded on top of a broken parole system Lead by the governor putting her agents like Leigh Gwathney in place These statements made by Chris England bolsters and undergird everything I've been asserting

Certificate of Service

I hereby certify that on July 28th I mailed a copy to
Greg Locklier
assistant Attorney General
Alabama Bureau of Pardons and Parole
100 Capitol Commerce Blvd Suite 310
Montgomery Al 36117

Done on July 28 2021

DeAngelo Manuel 266915

DeAngelo Manuel #266919
Fountain Correctional Facility
Fountain 3800
Atmore Al, 36503-3800

MOBILE AL 366
30 JUL 2021 PM 2 L



This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

36104-401601

Office of the Clerk
United States District Court
Middle District of Alabama
1 church Street Suite B-110
Montgomery, Al 36104-4018