IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-105-MHT-JTA |
| | ) |
| KAY IVEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to supplement filed by Plaintiff on August 2, 2021 (Doc. 92), which the court construes as a motion to supplement his responses to Defendants' special reports, it is

ORDDERED that the motion to supplement is GRANTED.

DONE this 4th day of August, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE