In the District Court of the United States
for the middle district of Alabama
Northern Division

RECEIVED

DeAngelo Manuel # 266080

plaintiff

v.

Kay Ivey, et al

defendars

2021 AUG -5 P 12: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil Action No. 2:19-cv-105-MHT-JTA

Motion to Supplement

a more in depth exibits of chris England
Saying the san exact thing I've been saying
about these prison's the parole board

Certificate of Service

I hereby certify that on July 29th I mailed a copy to

Greg Lockliep

Assistant Attorney General

Alabama Bureau of Pardons and parole

100 capitol Commerce Blud, Suite 310

Montgomery Al 36117

Done this day of July 29th 2021

DeLloyd Marcel 266918

Jefferson Manuel # 266919
Dorm M-Bed 18 B
fountain Annex
9681 AL Hwy 21 N
Atmore, Al 36503



MOBILE AL 366
3 AUG 2021  PM 2  L

Office of the Clerk
United States District Court
Middle District of Alabama
l church street Suite B-110
montgomery AL 36104-4018

36104-401801