In the District Court of the United States for the Middle District of Alabama Northern District

DeAngelo Manuel #260919

Plaintiff,

v.

Kay Ivey et al

Defendants

Civil Action No. 2:19-cv-105-MHT-JTA

RECEIVED
2021 AUG 13 A 11:40
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Motion stating whole argument</u>

Please consider the case law I present to the honorable court where plaintiff alleged that defendants violated his right to due process by depriving him of a neutral decision maker at his parole rescission hearing and fabricating false basis for rescission of his parole. The district court grant of summary judgement for defendants was vacated because genuine issue of material fact remained with respect to personal involvement of certain defendants rescinding plaintiff parole. Victory v. Pataki 814 F.3d 47 (2d cir)

Certificate of Service

I certify that I mailed a copy to

Greg Lockliner
Assistant Attorney General
Alabama Bureau of Pardons an Parole
100 Capitol Commerce Blvd, Suite 310
Montgomery, Al 36117

Done of this Aug 9th 2021

DeAngelo Manuel

Jellando Manuel #266919
Dorm M - Bed 18-B
Fountain Annex
9681 Al Hwy 21 N
Atmore, Al 36503

MOBILE AL 366
10 AUG 2021 PM 2 L

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

Office of the Clerk
United States District Court
One Church Street Suite B-110
Montgomery Al 36104-4018

36104-401801