IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-cv-105-MHT-JTA |
| | ) |
| KAY IVEY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of the motion filed by Plaintiff on August 13, 2021 (Doc. 96), which the court construes as a motion to supplement response, and to the extent Plaintiff seeks to supplement his response to Defendants' special reports, it is

ORDERED that this motion is GRANTED.

DONE this 16th day of August, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE