IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DE'ANGELO MANUEL, #266919,      )
                                )
        Plaintiff,              )
                                )
    v.                          )   CASE NO. 2:19-cv-105-MHT-JTA
                                )
KAY IVEY, et al.,               )
                                )
        Defendants.             )

## ORDER ON MOTION

Upon consideration of the motion challenging immunity filed herein by Plaintiff on

May 12, 2021 (Doc. 68), which the court construes as a motion to supplement response to

Defendants' special reports, it is

ORDERED that the motion to supplement is GRANTED.

DONE this 16th day of August, 2021.

_____

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE