In the District Court of the United States
For the Middle District of Alabama
RECEIVED Division

D'Angelo Menuel

2021 SEP 2 A 10:00
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff

v.                                    Civil Action No. 2:19-cv-105-MHT

Kay Ivey, et al
  defendants

## Motion to supplement

Boards of Pardons and Parole had the duty and the authority to reopen and reconsider the matters of petitioner's parole and revoke it if it found that its initial action in granting it was illegal and void being in violation of the mandatory provisions of the parole statutes Ellard v. State 474 So 2d 743 1984 Ala crim App.

Defendants formally granted Parole under Alabama law had a constitutionally protected liberty Interest Ellard v State of Alabama Bd of Pardons in Parole 824 R. 2d 937, 1987 us app (11th cir Al 1987) cert denied 485 US 981 108 sct 1280, 99, L Ed 2d 491. 1988 (U.S 1988)

Certificate of Service

I hereby certify that I mailed a copy to

Greg Locklier
Assistant Attorney General
Alabama Bureau of Pardons in Parole
100 capitol commerce Blvd, Suite 310
Montgomery Al 36117

Done the Aug 29th 2021

DiAngelo Manuel

DeAngelo Manuel #266414
Dorm M-Bed 18 B
Fountain Annex
9681 Al Hwy 21 N
Atmore Al 36503



MOBILE AL 366
31 AUG 2021 PM 1 L

Office of the Clerk
United States District of Ala
Middle District of Alabama
1 church street, Suite B-110
Montgomery, Al 36104-4018