IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-cv-105-MHT |
| KAY IVEY, et al., | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to supplement filed by Plaintiff on September 2, 2021 (Doc. 99), in which he seeks to supplement his response to Defendants' special reports, it is

ORDERED that this motion is GRANTED.

DONE this 3rd day of September, 2021.

_/s/ Jerusha T. Adams_
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE