In the District Court of the United States
for the Middle District of Alabama
Northern Division.

RECEIVED

DeArelo Manuel #266912
        Plaintiff

        v

Kay Ivey et al
        defendants

2021 OCT -7 A 9:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil No. 2:19-cv-105-MAT-JTA

Motion to support Due process violation

petitioner was entitled to habeaus corpus relief
where hearing panel for state parole board violated
his due process rights by rescinding parole geared
by prior hearing panel as prior hearing panel
adequately considered gravity off offense,
petitioner's criminal history, etc McQuillion v.
Duncan 306. F. 3d 895
                              as stated by
(your head she had to reconsider the
severity of my offense

Certificate of service

I here by certify that I mailed a copy
to the foregoing on this September 30 2021
Greg Leclder
Assistant Attorney General
Alabama Bureau of Pardons and Parole
100 capital Commerce Blvd, Suite 310
Montgomery Al 36117


Done this 30 sept 2021

DeAngelo Marud # 266910

Helfryou do Manuel. #260911
Dorm - Bed 18 B
fountain Annex
9681 AL Hwy 21 N
Atmore, Al 36503

MOBILE AL 366

4 OCT 2021  PM 2  L



This Correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated
and the Alabama Department of Corrections is not
responsible for the substance or content of the
enclosed communication.

36104-401801

Office of the Clerk
United States District Court
Middle District of Alabama
1 Church Steer, Suite B-110
Montgomery, Al 36104-4018