In the United States district Court
for the Middle district of Alabama
Northern Distric

DeAngelo Mennel # 266914
plaintiff

v.

Kay Ivey, et al
defendants

Civil No 2:19-cv-105-MHT-JTA

RECEIVED 2021 NOV -8 A 12:25 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Motion to Supplement

Your honor I was not moving for habeas Relief I was only showing the court that it was ruled a violation of due process to rescind a granted parole only on the ground of Reconsider everything with nothing new or fact finding that was considered when it was granted

I ask this court to look at the parole panel sheet (reasons for granting parole) on Sept 13 2018 on reasons to grant please not my oras level of reoffending was minimum to none and my release will not depreciate the seriousness of my offense or promote disrespect for law

Now after the governors 75 day order was lifted my oras level went from minimum to none to moderate chance of reoffending It also went from my release

will not depreciate the seriousness of my offense or promote disrepect for the law to my release will

releasing authorities must not deny parole for capricious reasons or base their decision of false information see Strong v. Ala Bd. pardons in parole 859 so 2d 1201 Al ct crim app. 2001

the ocas level test is a risk assessment that's point base the only way my points could increase to boost my risk level from minimum to moderate is if I caught a prison infraction after my year or if the board over looked something when it proved my parole which the honorable court knows is not the case they only reconsider what was already considered and falsified their reason and fabricated their reasons

Certificate of Service

I hereby certify that I mailed a copy of the foregoing to
Greg Locklier
Assistant Attorney General
Alabama Bureau of Pardons and Paroles
100 Capitol Commerce Blvd, Suit 310
Montgomery, Al 36117

Done this Nov 4th 2021

DeAngelo Marvel
DeAngelo Marvel 266090

DeAngelo Manuel 266918
Dorm-M-Bed 18B
Fountain Annex
9681 Al Hwy 21 N
Atmore Al 36503



MOBILE AL 366
5 NOV 2021 PM 2 L

Office of the Clerk
United States District Court
Middle district of Alabama
1 church Street, Suite B-110
Montgomery Al 36104-4018

The Correspondence is forwarded from an Alabama D.O.C. Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

36104-401801