In The United State District Court
for the middle District of Alabama
Northern Division

DeAngelo Manuel #266819
   Plaintiff

v.

Kay Ivey et al
   Defendant

Case number: 2:19-cv-105-MHT-JTA

RECEIVED 2021 DEC -9 A 10:16
CLERK... CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion to amend on newly discovered evidence

I know this Honorable court is tired of me but this newly released News Article exposes everything I've been claiming

Lynn Head admitted about their secret meeting with governor Kay Ivey which lead to my parole being rescinded like hundreds of other and the decline in parole grants

This newly discovered evidence shows a clear cut deprivation of liberty

check Exibits 1-4 pages 13 and 14

and also shows why Miss Lynn Head steped down a year later no longer wanting to be apart of Kay Ivey and her corruption

I've been saying for 3 years by the governor's unofficial order my parole was taken back

Now why would Lynn head make such a statement knowing she's apart of a civil suit right along with Kay Ivey as a defendants

Certificate of Service

I hereby certify that I mailed a copy to

Greg Lockler
Assistant Attorney General
Alabama Bureau of Pardons in Paroles
100 Capitol Commerce Blvd, Suite 310
Montgomery Al 36117

Done this ___ day

DeAnneJo Manuel

DeAngelo Manuel
Dorm M-Bed 1813
Fountain Annex
9681 Al Hwy 21 N
Atmore Al 36503



MOBILE PDDC 366
TUE 07 DEC 2021 PM

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

Office of the Clerk
United States District
Middle District of
N Church Street S
Montgomery Al 36104

