IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DE'ANGELO MANUEL, #266919, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:19-cv-105-MHT-JTA |
| KAY IVEY, et al., | ) ) ) |
| Defendants | ) ) |

**ORDER ON MOTION**

Upon consideration of the motion to amend the complaint filed by the Plaintiff on December 9, 2021 (Doc. 107), which was filed more than two years after the complaint, considering the Recommendation of the Magistrate Judge dismissing this action (Doc. 108) and the Plaintiff's Objection to the Recommendation filed on December 23, 2021 (Doc. 109), which attaches the same news article that Plaintiff alleges to be "new evidence" in his motion to amend (Docs. 107-1, 109-1), it is

ORDERED that the motion to amend (Doc. 107) is DENIED. The Plaintiff is ADVISED that the Court will consider his Objection in due course.

DONE this 5th day of January, 2022.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE