IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DE'ANGELO MANUEL,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:19cv105-MHT
                               )            (WO)
KAY IVEY, Governor, State      )
of Alabama, et al.,            )
                               )
     Defendants.               )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the parole board's reconsideration of a decision granting him parole and subsequent denial of parole. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that

plaintiff's objections should be overruled\* and the magistrate judge's recommendation adopted, albeit for slightly different reasons.

An appropriate judgment will be entered.

DONE, this the 24th day of January, 2022.

                                               /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**

---

\* Even assuming, as plaintiff argues, that he submitted sufficient evidence to establish a causal connection between the governor's actions and the parole board's decision to deny him parole, he has failed to show that the decision to deny him parole was wholly arbitrary and capricious or that the board engaged in "flagrant or unauthorized action." *Thomas v. Sellers*, 691 F.2d 487, 489 (11th Cir. 1982).