```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DE'ANGELO MANUEL,              )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )        2:19cv105-MHT
                               )            (WO)
KAY IVEY, Governor, State      )
of Alabama, et al.,            )
                               )
     Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 109 and Doc. 111) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 108) is adopted.

(3) Defendants' motion for summary judgment (Doc. Doc. 19, Doc. 24, Doc. 28, and Doc. 64) is granted.

(4) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his

complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of January, 2022.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**